UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1833 (PLF) |
| ) | |
| UNITED STATES OFFICE OF ) | |
| SPECIAL COUNSEL, ) | |
| ) | |
| Defendant. ) | |

ORDER DIRECTING RESPONDENT TO SHOW CAUSE

*Pro se* plaintiff filed a petition for a writ of mandamus on October 23, 2006. Accordingly, it is hereby

ORDERED that the respondent, by counsel, shall within 21 days of service of a copy of this Order and the application for a writ of mandamus file with the Court and serve on the petitioner a statement showing why the writ of mandamus should not issue.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 8, 2006