UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON,          )<br>                            )<br>    Plaintiff,              )<br>                            )<br>    v.                      )<br>                            )<br>UNITED STATES OFFICE OF     )<br>  SPECIAL COUNSEL,          )<br>                            )<br>    Defendant.              )<br>_____)<br>                            )<br>JOSEPH P. CARSON,           )<br>                            )<br>    Plaintiff,              )<br>                            )<br>    v.                      )<br>                            )<br>UNITED STATES OFFICE OF     )<br>  SPECIAL COUNSEL,          )<br>                            )<br>    Defendant.              )<br>_____) | Civil Action No. 06-1833 (PLF)<br><br><br><br><br><br>Civil Action No. 06-1834 (PLF) |

ORDER

    *Pro se* plaintiff Joseph P. Carson has filed a motion in each of the above-captioned cases for access to the Court's electronic case filing system. Generally, a *pro se* litigant files documents in paper form with the Clerk of Court and must be served with documents in paper form. *See* LCvR 5.4(e)(3). However, under limited circumstances, a *pro se* party may file documents electronically, as this plaintiff did previously in another lawsuit before the undersigned.

The Local Civil Rules provide in relevant part that:

A *pro se* party may obtain a CM/ECF password from the Clerk with leave of Court. Whether leave of Court should be granted is within the discretion of the judge to whom the case is assigned. To obtain leave of Court, the *pro se* party must file a written motion entitled "Motion for CM/ECF Password," describing the party's access to the internet and confirming the capacity to file documents and receive the filings of other parties electronically on a regular basis.

LCvR 5.4(b)(2).

This decision being left to the discretion of the undersigned, it is hereby

ORDERED that plaintiff's motion to obtain ECF access [4 in 06-1833 and 4 in 06-1834] is DENIED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  December 5, 2006