UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JOSEPH P. CARSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 06-1833 (PLF) |
| | ) |
| UNITED STATES OFFICE OF | ) |
| SPECIAL COUNSEL, | ) |
| | ) |
| Respondent. | ) |

**RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE RESPONSE TO ORDER TO SHOW CAUSE**

Respondent, United States Office of Special Counsel, through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including January 8, 2007, within which to file a response to the Court's Order Directing Respondent To Show Cause (hereafter "Order To Show Cause") dated November 8, 2006.

Respondent was served with the Court's Order To Show Cause on December 8, 2006. The United States Attorney's Office was served on December 12, 2006.[1]  Therefore, Respondent's response is presently due on January 2, 2007.  This is Respondent's first request for an enlargement of time for this purpose.  Because Petitioner is proceeding *pro se*, LCvR 7.1(m) does not apply to this motion, and Respondent, therefore, has not obtained his position as

---

[1] Petitioner addressed and mailed his pleadings directly to Assistant United States Attorney Andrea McBarnette.  Because a copy of the Court's Order To Show Cause contained in Petitioner's package of pleadings was inadvertently overlooked, Petitioner was sent a letter which incorrectly advised him that the service was improper.

to the relief requested.[2]

There is good cause for this motion. Respondent has substantially completed a response to the Court's Order To Show Cause. However, the response cannot be finalized until it has been reviewed by personnel at the Office of Special Counsel, who are presently on leave until after the New Year holiday. Thus, additional time is needed for the completion of Respondent's response.

Accordingly, undersigned counsel, is requesting an extension of time until January 8, 2007, to respond to the Court's Order To Show Cause.

For the foregoing reasons, Respondent respectfully requests that this motion for an enlargement of time be granted. A proposed order is included with this motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December, 2006, I caused the foregoing Motion for Enlargement of Time and proposed Order to be served by first class mail, postage prepaid, on:

Joseph P. Carson
10953 Twin Harbour Drive
Knoxville, TN 37934

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 06-1833 (PLF) |
| UNITED STATES OFFICE OF SPECIAL COUNSEL, | ) |
| Respondent. | ) |

## ORDER

UPON CONSIDERATION OF Respondent's Motion for An Enlargement of Time to file a response to the Court's November 8, 2006, Order To Show Cause, any Opposition thereto, and the entire record herein, it is this _____ day of _____, _____,

**ORDERED** that Respondent's motion is **GRANTED**; and it is

**FURTHERED ORDERED** that Respondent shall have until and including January 8, 2007, to file a response to the Court's Order To Show Cause dated November 8, 2006.

_____
UNITED STATES DISTRICT JUDGE