UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
| ) | |
| Petitioner ) | |
| ) | Civil Action No: 06-1833 (PLF) |
| v. ) | |
| U.S. OFFICE OF SPECIAL COUNSEL, ) | |
| ) | |
| Respondent ) | |
| ) | |
| _____ ) | |

RECEIVED DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION IN OPPOSITION FOR EXTENSION FOR ENLARGEMENT OF TIME

Petitioner opposes the respondent's request for an enlargement of time, for the sole reason of its misrepresentations of material fact to the Court.

Petitioner made proper service on the parties on December 6, 2006, not December 8 or December 12, 2006, as respondent claims, per the Federal Rules of Civil Procedure, as the attached certificate of service indicates (he has copies of the certified mail receipts and proof of delivery, which he sent to the Clerk of the Court on December 22, 2006 to establish service).

At his own expense, he provide a courtesy copy of the filings with Ms. McBarnette, so that she would get the filing as soon as possible, given the 21 days he thought she would have to respond.

Petitioner contends Ms. Kidwell has made misrepresentations and/or

1

omissions of material fact in her pleading, and respectfully requests the Court direct her to execute a declaration to justify the extension of time that addresses whether he properly served the parties on December 6, 2006, as detailed in his certificate of service, as well as provided an additional courtesy copy of the filing to Ms. McBarnette.

Respectfully Submitted,

/s/ _____
Joseph P. Carson, P.E., Petitioner
10953 Twin Harbor Dr
Knoxville, TN 37934
865-300-5831

# Certificate of Service

I certify that the following documents for <u>Carson v. Office of Special Counsel</u>, docket no. 06-1833:

1. Application for writ of mandamus

2. Order directing respondent to show cause, dated November 8, 2006

were served, by certified mail, on

US Office of Special Counsel
Attention: Ron Molteni
1730 M St, NW Suite 218
Washington, DC 20036

US Attorney
DOJ
555 Fourth St, NW
Washington, DC 20530

US DOJ
Attention: Andrea McBarnette
555 Fourth St, NW
Room 10-108
Washington, DC 20530
(courtesy copy)

U.S Attorney General
DOJ
950 Pennsylvania Ave, NW
Washington, DC 20530

Joseph P. Carson

December 6, 2006

1

*Exhibit 1*

# Certificate of Service

I certify that the following documents for <u>Carson v. Office of Special Counsel</u>, docket no. 06-1833:

1.      Motion in opposition for extension of time to file response to show cause order

was served, commercial overnight delivery, on


Representative for OSC

US DOJ
Attention: Judith Kidwell
555 Fourth St, NW
Room E4905
Washington, DC 20530

_____
Joseph P. Carson

December 28, 2006

3