U.S. COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
DEC 2 7 2006
RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH P. CARSON,** <br><br> Petitioner <br><br> v. <br> **U.S. OFFICE OF SPECIAL COUNSEL,** <br><br> Respondent | ) <br> ) <br> ) <br> ) **Civil Action No: 06-1833 (PLF)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF SERVICE

Petitioner is pro se and a non-attorney. He has a copy of the Rules of Civil Procedure as well as the local Court rules. When, after reviewing them, he has a question about their application, he contacts the Court's Pro Se office and/or the Clerk's Office and/or Mrs. Davis, the presiding judge's docket clerk.

On November 8, 2006, a show cause order for this case was issued. Petitioner assumed it would be served on the Office of Special Counsel by U.S. Marshals Service, similar to how his previous, similar case, docket no. 04-315, was handled. When a response to the Order was not made by early December by Office of Special Counsel, petitioner, based on the understanding that he, not the U.S. Marshals service, was responsible for service, served the order and the petition for writ of mandamus, without a summons, by certified mail on December 6, 2006. He presumed the show cause order obviated the need for a summons.

1

The associated postal records of this service are attached.

To ensure this was adequate, he also contacted the Court about the situation. This resulted in several calls, with resulted in his understanding that the U.S. Marshals Service was responsible to serve the show cause order, but that it had a backlog, and he should wait a bit more.

Then he received the Department of Justice letter, dated December 12, 2006, stating that because a summons was not provided with the documents he served on it on December 6, 2006, service had not been made. It is attached.

Petitioner then renewed his efforts to ascertain if the U.S. Marshals service had served the show cause order. He was told, on December 20, 2006, that it had no record of receiving the November 8, 2006 Show Cause Order.

After some more phone calls, the office of the Clerk of the Court informed petitioner on December 21, 2006 that he was responsible to serve the show cause order, but that a summons was not required, based on the wording of show cause order. This is contrary to the position of the Department of Justice's letter of December 12, 2006.

Petitioner desires to comply with all applicable rules, but if a show cause order obviates the need for a summons, as "summons not issued" on the case's docket sheet seems to imply, as does the wording of the Show Cause Order, then

he properly served the required documents on December 6, 2006 as the attached postal receipts and certificate of service indicate.

Petitioner respectfully requests the clerk or the Court determine whether the Office of Special Counsel was properly served on December 6, 2006 or if he needs to re-serve the documents with a summons.

Petitioner has executed an declaration about his service of the documents cited in the Show Cause Order of November 8, 2006, it is attached.

Respectfully Submitted,

_____
Joseph P. Carson, P.E., Petitioner
10953 Twin Harbor Dr
Knoxville, TN 37934
865-300-5831

## **Declaration**

I declare under the penalty of perjury under the laws of the United States of America that the information contained in the Certificate of Service, dated December 6, 2006, about the service of the documents cited in the Show Cause Order of November 8, 2006 for Carson v. Office of Special Counsel, Docket no. 06-1833 is true and correct.

Executed on: December 22, 2006

_____

Joseph P. Carson
10953 Twin Harbour Drive
Knoxville, TN 37934

## Certificate of Service

I certify that the Declaration of Service, without attachments, except for the declaration, was served, by first class mail, on:

Rudolph Contreas
Chief, Civil Division
U.S. Department of Justice
Judiciary Center
555 Fourth Street, NW
Washington, DC 20530

_____
Joseph Carson

December 22, 2006




RECEIVED

U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT
DEC 2 7 2006

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 12, 2006

Joseph P. Carson, P.E.
10953 Twin Harbour Drive
Knoxville, TN 37922

      Re:    Complaints re: Carson v. U.S. Office of Special Counsel

Dear Mr. Carson:

      On December 12, 2006, we received two packages sent via certified and priority U.S. mail. Both packages contained a "Petition for Writ of Mandamus from the U.S. Office of Special Counsel" with related OSC file nos. MA-06-2118 and MA-06-2752. No summons was included in either package. Consequently, to the extent that your correspondence was intended to effect service on the United States Attorney's Office, service is insufficient because it was not accomplished in accordance with the applicable Federal Rule of Civil Procedure.

      By letter dated December 7, 2006, we informed you that we received from you two other packages containing petitions without summons. We informed you that such correspondence did not constitute service as the packages lacked summons and in addition, were not addressed to the "Civil Process Clerk" at the Office of the United States Attorney.

      Fed. R. Civ. P 4(i)(2)(A) provides that service on an agency of the United States, such as the U.S. Office of Special Counsel, is effected by serving the United States as prescribed by Rule 4(i)(1) and by also sending a copy of the summons and complaint by registered or certified mail to that agency. In this connection, Rule 4(i)(1) provides that service on the United States Attorney for the District in which a civil action is brought may be accomplished by hand delivery of the summons and complaint to the United States Attorney, or an Assistant United States Attorney or clerical employee designated to receive service on the United States Attorney's behalf. In this Office, the United States Attorney has designated the Secretary, or acting Secretary, to the Chief of the Civil Division, as well as the Secretaries to the Deputy Chiefs of the Division, as persons to whom hand-delivery of a summons and complaint may be made. Alternatively, Rule 4(i)(1) permits service to be accomplished by sending the summons and complaint by registered or certified mail addressed to the "Civil Process Clerk" at the Office of the United States Attorney. Please note that addressing the package to **Assistant United States Attorney Andrea McBarnette**, as you addressed your package, is contrary to the rule and does not constitute service.

In addition, please note that Fed. R. Civ. P. 4(d), which imposes a duty on "[a]n individual, corporation, or association that is subject to service under subdivision (e), (f), or (h) [of Rule 4]" to avoid unnecessary costs of serving the summons in a civil action does not apply to service on the United States, which is governed by Rule 4(i).

You should be aware that the time for a response to a complaint will, therefore, not begin to run until proper service has been effected.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By:   RUDOLPH CONTRERAS
Chief, Civil Division

U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

DEC 2 7 2006

RECEIVED

## Certificate of Service

I certify that the following documents for <u>Carson v. Office of Special Counsel</u>, docket no. 06-1833:

1. Application for writ of mandamus

2. Order directing respondent to show cause, dated November 8, 2006

were served, by certified mail, on

US Office of Special Counsel
Attention: Ron Molteni
1730 M St, NW Suite 218
Washington, DC 20036

US Attorney
DOJ
555 Fourth St, NW
Washington, DC 20530

US DOJ
Attention: Andrea McBarnette
555 Fourth St, NW
Room 10-108
Washington, DC 20530
(courtesy copy)

U.S Attorney General
DOJ
950 Pennsylvania Ave, NW
Washington, DC 20530

_____
Joseph P. Carson

December 6, 2006

1



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *[signature]*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>DEC 1 1 2006 |
| 1. Article Addressed to:<br>U.S. Attorney<br>DOJ<br>555 4th St. N.W.<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0005 7645 3714 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *[signature]*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. Attorney General<br>DOJ<br>950 Pennsylvania Ave, N.W.<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0005 7645 3721 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  _F.M._  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>F. M.  12/8/06 |
| 1. Article Addressed to:<br>U.S. OSC<br>1730 M St, N.W.<br>Ste 218<br>Washington, DC 20036 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service) | 7006 0810 0005 7645 3691 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |