UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| Petitioner | ) |
| | ) Civil Action No: 06-1833 (PLF) |
| v. | ) |
| U.S. OFFICE OF SPECIAL COUNSEL, | ) |
| Respondent | ) |

## MOTION TO REQUEST ORAL ARGUMENT ON MOTION TO DISMISS PETITON FOR WRIT OF MANDAMUS

Petitioner respectfully requests the Court allow oral argument on the respondent's motion to dismiss the petition for writ of mandamus. This case is entirely about previously untested law, there are no contested facts. Petitioner respectfully suggests that the Court's holding a more inquisitional type oral argument, similar to what happens at the appellate level or at the Supreme Court, would illustrate the issues of law and their outworking.

Respectfully Submitted,

Joseph P. Carson, P.E., Petitioner
10953 Twin Harbor Dr
Knoxville, TN 37934
865-300-5831

RECEIVED
JAN 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JAN 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## Certificate of Service

I certify that the following documents for <u>Carson v. Office of Special Counsel</u>, docket no. 06-1833:

1.   Motion requesting oral argument on motion to dismiss petition for writ of mandamus

was served, via U.S. Mail, on


Representative for OSC

US Dept. of Justice
Attention: Judith Kidwell
555 Fourth St, NW
Room E4905
Washington, DC 20530

_____
Joseph P. Carson

January 12, 2007