UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-1833 (PLF) |
| ) | |
| UNITED STATES OFFICE OF ) | |
| SPECIAL COUNSEL, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

## RESPONDENT'S REPLY

Respondent, United States Office of Special Counsel ("OSC"), through undersigned counsel, hereby replies to Petitioner's Opposition to Motion to Dismiss and respectfully requests that its motion to dismiss be granted.

A. <u>Petitioner has the burden of proof for a writ of mandamus</u>.

In his Opposition, Petitioner suggests that Respondent should bear the burden of proof in this matter. He cites *Weber v. United States*, 209 F.3d 756, 758 (D.C. 2000) in support of his argument. Petitioner's Opposition ("Pet. Opp.") at 3.

However, the Court in *Weber* ruled against the petitioner and observed that "[M]andamus is an extraordinary remedy whose issuance is guided by equitable principles." *Weber* 209 F.3d at 759. Other Courts have also made it clear that an individual seeking a writ of mandamus has the "burden of showing that its right to issuance of the writ is 'clear and indisputable.'" *Gulfstream Aerospace Corp. v. Mayacamas Corp.*, 485 U.S. 271, 289 (1988) (citing *Bankers Life & Cas. Co. v. Holland*, 346 U.S. 379, 384 (1953)).

B.  <u>Petitioner has failed to meet his burden for a writ of mandamus</u>.

Respondent submits that Petitioner has failed to demonstrate any equities that would support the issuance of a writ of mandamus against the OSC.  His attempts to raise new issues, new arguments, and new legal theories should also be discounted.[1]

In his Petition for Writ of Mandamus, Petitioner sought relief only with respect to the language used by the OSC in two pre-determination letters, two closure letters, and one individual right of action letter.  *See* Petition for Writ of Mandamus, at 4.  Despite pages filled with Petitioner's misinterpretations of the OSC's obligations and use of such phrases as "entirely possible" and "suspects" [Pet. Opp. at 10], Petitioner has provided nothing concrete to support his arguments for such an extraordinary remedy.  He simply has failed to show that the OSC violated any duty with respect to the issuance of these letters.  Accordingly, Petitioner is not entitled to a writ of mandamus.

## Conclusion

For the foregoing reasons, Respondent respectfully requests that Respondent's motion to dismiss be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

---

[1] Petitioner spends several pages of his Opposition referring to and touting the numerous whistleblower complaints he has made over 15 years.  However, one might suggest that Petitioner spends far more time tooting his own horn than blowing any whistles.  *See* Pet. Opp. at 3-4, and Pet. Exhibits 3-1, 3-2, 8-1, and 8-2.

     /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

     /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Defendant's Reply was mailed, postage prepaid, on this 23rd day of January, 2007, to:

Mr. Joseph P. Carson
10953 Twin Harbour Drive
Knoxville, TN  37934

                                                    _____/s/_____
                                                    JUDITH A. KIDWELL
                                                    ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-1833 (PLF) |
| ) | |
| UNITED STATES OFFICE OF ) | |
| SPECIAL COUNSEL, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION OF Respondent's Response to Show Cause Order and Motion to Dismiss, Memorandum in Support thereof, Petitioner's Opposition, and Respondent's Reply, and the entire record herein, it is this _____ day of January, 2007,

ORDERED, that the Court's Order to Show Cause dated November 8, 2006, is hereby discharged; and it is

FURTHER ORDERED that the Petition for Writ of Mandamus is dismissed with prejudice.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE