UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOSEPH P. CARSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OFFICE OF<br>  SPECIAL COUNSEL,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-1833 (PLF) |

### ORDER

On January 26, 2007, plaintiff filed with the Court a "notice of [his] motion to supplement dispositive motion filed in related case now pending at the appellate court." Proceedings before the Court of Appeals in a separate case, even in a related case under our local rules, need not be a part of the record before this Court – such appellate briefs are not relevant to the proceedings before this Court in this case. Accordingly, it is hereby

ORDERED that plaintiff's January 26, 2007 notice [16] to the Court is stricken from the record of this case.

SO ORDERED.

                                                                                                                /s/_____
                                                                 PAUL L. FRIEDMAN
                                                                 United States District Judge

DATE: February 5, 2007