UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| Petitioner | ) |
| | ) Civil Action No: 06-1833 (PLF) |
| v. | ) |
| U.S. OFFICE OF SPECIAL COUNSEL, | ) |
| Respondent | ) |

## NOTICE OF RELATED CIVIL CASE

Petitioner respectfully notifies the Court of a related recently docketed case in the U.S. Court of Appeals for the Federal Circuit, <u>Carson v. Department of Energy</u>, docket no. 2007-3134.

Petitioner expects the respondent in that case to be changed to the Merit Systems Protection Board (MSPB). Because that case results from a whistleblower appeal, made per 5 USC 1221, to the MSPB subsequent to petitioner seeking protection from OSC from the whistleblower reprisal type PPP, issues involved in this case may be considered by the other Court, as it reviews the MSPB decision for compliance with law.

Specific issues from this case that the other Court may consider include: 1) OSC's including prejudicial information against petitioner in its notice of additional remedy for its PPP complaint investigation no. MA-06-2118, 2) its

1

failure or refusal to include the "termination statement" in its PPP termination notices for MA-06-2118, and 3) its failure to provide information described in the "termination statement," when subsequently requested by petitioner for MA-06-2118.

There are several additional issues raised in the other case, not related to the issues in this case.

The appropriate Court form is attached.

Respectfully Submitted,

_____
Joseph P. Carson, P.E., Petitioner
10953 Twin Harbor Dr
Knoxville, TN 37934
865-300-5831



**RECEIVED**
MAR 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

1. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

   [ ]   (a)   relates to common property

   [X]   (b)   involves common issues of fact

   [ ]   (c)   grows out of the same event or transaction

   [ ]   (d)   involves the validity or infringement of the same patent

   [X]   (e)   is filed by the same pro se litigant

2. **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

   A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

   Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT): U.S. Court of Appeals for Federal Circuit

4. CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

   Carson v. Dept. of Energy    C.A. No 2007-3134

   3/9/07
   DATE                                Signature of Plaintiff/Defendant (or counsel)