UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| Petitioner | ) ) ) |
| v. | ) Civil Action No: 06-1833 (PLF) ) |
| U.S. OFFICE OF SPECIAL COUNSEL | ) ) |
| Respondent | ) ) ) |

## MOTION TO SUSPEND THE PROCESSING OF THIS CASE, PENDING THE OUTCOME OF A RELATED CASE AT US COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Petitioner respectfully requests that processing of this case be suspended pending the outcome of a related case, <u>Carson v. Merit Systems Protection Board</u>, docket no. 2007-3134, at US Court of Appeals for the Federal Circuit.

There is a basic, still pending, question of law that is relevant to <u>Carson v. Office of Special Counsel</u>, docket nos. 04-315, 07-0649, as well as this instant case and <u>Carson v. Merit Systems Protection Board</u>, docket 2007-3134, now pending at US Court of Appeals for the Federal Circuit. That issue is whether the three agency actions (failure to comply with 1994 settlement agreement, rumor campaign of Mr. Carson being a "threat of workplace violence," and failure of agency to process several agency grievances in 1999 and 2000), described in OSC PPP complaint investigations MA-04-1018, MA-04-1886, MA-04-2444, MA-06-

1

2118, and MA-06-2752, constituted personnel actions for creating "any other significant change in .... working conditions" for Mr. Carson.

That issue, an apparent question of first impression, is central to the pending case at the Federal Circuit. If the Federal Circuit rules no personnel actions occurred, the issues in this case and in 07-0649 remain unchanged. But if it rules that personnel actions occurred, then OSC will have to re-open some or all of these PPP complaint investigations in light of that ruling, a development that would be relevant to the processing of this case.

Mr. Carson respectfully suggests that, in the interest of judicial economy, the processing of this case and the related case 07-0649 be suspended until the Federal Circuit adjudicates the key issue of whether the involved agency actions were personnel actions.

Respectfully Submitted,

_____
Joseph P. Carson, P.E., pro se
10953 Twin Harbour Drive
Knoxville, TN 37934
863-300-5831

2

## Certificate of Service

I certify that the following documents for <u>Carson v. Office of Special Counsel,</u> docket no. 06-1833:

1. Motion to suspend processing of this case, pending outcome of related case at US Court of Appeals for the Federal Circuit

was sent, by first class mail, to:

<u>Representative for Department of Energy</u>:

Judith Kidwell
US Attorney Office
Room 4818
555 Fourth St, NW
Washington, DC 20530

_____
Joseph P. Carson

May 31, 2007