UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| Petitioner | ) ) ) |
| | ) Civil Action No: 06-1833 (PLF) |
| v. | ) |
| U.S. OFFICE OF SPECIAL COUNSEL | ) ) ) |
| Respondent | ) ) ) |

## NOTICE OF ORDER IN RELATED CASE

The issues of law in this case - do OSC's letters to petitioner evidence its compliance with all relevant statutory duties to has to protect him from prohibited personnel practices (PPP's) - are near identical to the issues of law in Carson v. Office of Special Counsel, docket no. 06-5364, at CADC.

Therefore the Court's Order in that case of July 13 (exhibit 1), may be relevant to the Court's consideration of this case.

Respectfully Submitted,

_____
Joseph P. Carson, P.E., pro se
10953 Twin Harbour Drive
Knoxville, TN 37934
863-300-5831

RECEIVED
JUL 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-5364**           **September Term, 2006**

05cv00537

**Filed On: July 13, 2007** [1053546]

Joseph P. Carson,
    Appellant

v.

United States Office of Special Counsel,
    Appellee

**BEFORE:** Sentelle, Henderson, and Tatel, Circuit Judges

## ORDER

Upon consideration of the motion for reconsideration and for leave to file a motion for summary remand and the lodged motion for summary remand, it is

**ORDERED** that the motion for leave to file a motion for summary remand be granted. The Clerk is directed to file the lodged motion. It is

**FURTHER ORDERED**, on the court's own motion, that appellee file a response to the motion for summary remand within thirty days of the date of this order. While not otherwise limited, appellee shall address in its response appellant's argument that the district court improperly refused to consider his claim concerning appellee's alleged noncompliance with 5 U.S.C. § 1214 in not reporting the basis for closing its inquiry and not referring the allegations made in Case MA-03-1288. See Motion for Summary Remand at 5-9; Magistrate Judge's Report and Recommendation at 8.

**Per Curiam**

*Exhibit 1*

# Certificate of Service

I certify that the following documents for <u>Carson v. Office of Special Counsel</u>, docket no. 06-1833:

1.   Notice to Court about Court Order in related case with the Order

was served, via first class mail, on:

OSC Representative:

Judith Kidwell
US Attorneys Office
555 Fourth St, NW
Room E4905
Washington, DC 20530

_____
Joseph P. Carson

July 17, 2007

2