UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON,	)<br>	)<br>Petitioner,	)<br>	)<br>v.	)<br>	)<br>U.S. OFFICE OF SPECIAL COUNSEL,	)<br>	)<br>Respondent.	)<br>	) | Civil Action No. 06-1833 (PLF) |

ORDER AND JUDGMENT

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that [10] Defendant's Motion to Dismiss Petition for Writ of Mandamus is GRANTED; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  September 27, 2007