UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
| ) | |
| Petitioner ) | |
| ) | Civil Action No: 06-1833 (PLF) |
| v. ) | |
| U.S. OFFICE OF SPECIAL COUNSEL ) | |
| ) | |
| Respondent ) | |
| ) | |
| _____) | |

## NOTICE OF APPEAL

Notice is hereby given that Joseph P. Carson hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order dismissing his petition for writ of mandamus on the 27 day of September, 2007.

Respectfully Submitted,

Joseph P. Carson, P.E., pro se
10953 Twin Harbour Drive
Knoxville, TN 37934
863-300-5831

9/28/07

**RECEIVED**

OCT 1 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1