# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5340**            **September Term 2007**

06cv01833

Filed On: April 28, 2008

Joseph P. Carson,

    Appellant

v.

United States Office of Special Counsel, (OSC),

    Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Henderson, Rogers, and Tatel, Circuit Judges

### ORDER

Upon consideration of the motion to expedite; the motion for summary affirmance, the opposition thereto, and the reply; the motion for summary reversal, the response thereto, and the reply; and the motion to refer attorneys to appropriate disciplinary authorities, and the motion for leave to supplement the motion to refer, it is

**ORDERED** that the motion for leave to supplement the motion to refer attorneys to appropriate disciplinary authorities be denied. It is

**FURTHER ORDERED** that the motion to refer attorneys to appropriate disciplinary authorities be denied. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted and the motion for summary reversal be denied. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Mandamus is an "extraordinary remedy to be reserved for extraordinary situations." Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988). Appellant has not shown a clear and indisputable right to mandamus relief. See id. It is

**FURTHER ORDERED** that the motion to expedite be dismissed as moot.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5340**  **September Term 2007**

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**